UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021
```

Pooran,

                Plaintiff,

–v–

Capital One Bank, N.A. et al.,

                Defendants.

21-cv-6618 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Each defendant in this matter has either settled or has been dismissed from the lawsuit.

Thus, the initial pre-trial conference scheduled for November 5, 2021 is cancelled.

    SO ORDERED.

Dated: October 28, 2021
         New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge